1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

8
9

Jean-Paul Williams,                              )    No. 1:08-CV-00712-SMM
                                                 )
10                  Plaintiff,                    )
                                                 )    **ORDER**
11   vs.                                          )
                                                 )
12   Warden, et. al.,                             )
                                                 )
13                  Defendants.                   )
                                                 )
14

15          Pursuant to 28 U.S.C. § 1915A(a), when a prisoner files a civil rights complaint

16   seeking redress from a governmental entity, officer, or employee, the Court must screen

     the complaint "as soon as practicable" after docketing.  28 U.S.C. § 1915A(a).  If a
17
     plaintiff has raised claims that are legally frivolous or malicious, fail to state a claim upon
18
     which relief may be granted, or seek monetary relief from a defendant who is immune
19
     from such relief, then the Court must dismiss the complaint or any portion thereof.  28
20
     U.S.C. § 1915A(b)(1), (2).  At this time, the above-captioned case has not been statutorily
21
     screened.  The Court advises the parties that the Court is conducting statutory screening.
22
     The matter will proceed following the issuance of the statutory screening order.
23
            DATED this 7th day of January, 2009.
24
25
26
                                                 _____
                                                       Stephen M. McNamee
27                                                     United States District Judge
28